IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Baker, Willie T | Case Number: 08 B 00047 |
| | Judge: Squires, John H |
| Printed: 01/22/09 | Filed: 1/3/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2008
Confirmed: March 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,200.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,506.33 |
| Trustee Fee: | | 244.34 |
| Other Funds: | | 449.33 |
| Totals: | 4,200.00 | 4,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 3,506.33 | 3,506.33 |
| 2. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 7,377.85 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 115.35 | 0.00 |
| 5. | AmeriCash Loans, LLC | Unsecured | 852.89 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 74.50 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 214.50 | 0.00 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | Professional Account Management | Unsecured | | No Claim Filed |
| 10. | Fair Collections & Outsourcing | Unsecured | | No Claim Filed |
| 11. | First National Credit Card | Unsecured | | No Claim Filed |
| 12. | First Cash Advance | Unsecured | | No Claim Filed |
| 13. | National Quick Cash | Unsecured | | No Claim Filed |
| 14. | Pierce & Associates | Unsecured | | No Claim Filed |
| 15. | PLS Payday Loan Store | Unsecured | | No Claim Filed |
| 16. | Providian Financial | Unsecured | | No Claim Filed |
| 17. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 18. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 12,141.42 | $ 3,506.33 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 208.00 |
| 6.6% | 36.34 |
| | $ 244.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Baker, Willie T

Printed: 01/22/09

Case Number:  08 B 00047
Judge:  Squires, John H
Filed:  1/3/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

